**RAPID RECOVERY**
**CREDIT & COLLECTIONS**
**PO BOX 112**
**FAIRFAX, VA 22038**
**(703) 273-4224**
**(703) 273-1126 - FAX**

August 27, 2020

SARAH C. GARCIA
4625 SOUTHLAND AVE. APT. 204
ALEXANDRIA, VA. 22312-3615
EMAIL:GSARAH20@YAHOO.COM


*Do File in Court / Yes* (handwritten)

TELEPHONE: 703-203-8494
BALANCE DUE: $3,852.00   "ADD ON LEGAL FILING FEES"
CREDITOR: ACUTE & WELLNESS CHIROPRACTIC CLINIC

### FINAL DEMAND- "COURT FILING"

Since Validity of this long overdue account has not been disputed, it is now assumed to be **Valid.** Timely payment must be made to avoid having us recommend that this claim be turned over for Legal Action and further COSTS incurred by you. UNLESS PAYMENT IS MADE, REPOSESSION PROCEDURES MAY\TAKE EFFECT.

Voluntary payment now would be strongly recommended.
For proper credit to your account please remit payments **DIRECTLY + ONLY** to:

**RAPID RECOVERY**
**Credit & Collections**
**PO BOX 112**
**FAIRFAX, VA. 22038**

```
** CALL TODAY to make Payment over the PHONE **
              (703)-273-4224
 * VISA/MASTERCARD/AMERICAN EXPRESS/CHECK CARDS/DISCOVER *
           CHECKS ACCEPTED BY PHONE! PAY TODAY!
```

RRcc is a Bonded + Licenced Collection Agency and any information obtained from you will be used for the purpose of collecting this debt.

### THIS IS BEING SENT TO YOU BY A COLLECTION AGENCY

**EXHIBIT 1**