

**TONYDFAIRFAX@AOL.COM**
To gsarah20@yahoo.com
Nov 1, 2020 at 6:51 PM

Hello
Your card did NOT go through for this months payment.
It was DECLINED.
Card last 4 digits are, 2469
Your payment due is $50
Please let me know ASAP
When the monies will be available and the late fee can be avoided.
If you have a new card, you can send the info through this secure email. I will confirm payment made back to you.

Thanks + Be Safe, Tony
Rapid Recovery
703-273-4224

Thank you.          Yes.          No.



EXHIBIT 2