

**TONYDFAIRFAX@AOL.COM**
To gsarah20@yahoo.com
Jan 2 at 1:04 PM

Hello Sarah,
Your card did NOT go through for this months payment.
It was DECLINED.
Card last 4 digits are,2469
Your payment due is $50
Please let me know ASAP
When the monies will be available and the late fee can be avoided.
If you have a new card, you can send the info through this secure email. I will confirm payment made back to you.

Thanks + Be Safe, Tony
Rapid Recovery
703-273-4224

EXHIBIT
3
tabbies