> Mon, Feb 1, 11:57 AM
>
> Your card did NOT go through for this months payment., again.
>
> It was DECLINED.
>
> Card last 4 digits are,2469
>
> Your payment due is $50
>
> Please let me know ASAP
>
> When the monies will be available and an additional late fee can be avoided.
>
> If you have a new card, you can send the info through this secure email. I will confirm payment made back to you.
>
> Thanks + Be Safe, Tony
>
> Rapid Recovery
>
> 703-273-4224

> can i please have an office/mobile number for the rapid recovery office

**EXHIBIT 5**