

+1 (703) 975-5137

Fri, Mar 5, 4:03 PM

I need to know when the money will be on the card.
Today, Friday is scheduled for a late fee.
Tony

Sat, Mar 6, 12:58 PM

Again, You have NOT responded and ANOTHER late fee has been added to your account.
ANOTHER fee will be added MONDAY if you do not contact me ASAP.
We can work out a payplan if needed.
Tony
Rapid Recovery
703-273-4224

Mon, Mar 8, 9:58 AM

good morning. there are ways to go about things & i would appreciate it if you're not back to back calling while i am at work.
i told you where i was with this so

EXHIBIT
8