> I need to know when the money will be on the card.
> Today, Friday is scheduled for a late fee.
> Tony

Sat, Mar 6, 12:58 PM

> Again, You have NOT responded and ANOTHER late fee has been added to your account.
> ANOTHER fee will be added MONDAY if you do not contact me ASAP.
> We can work out a payplan if needed.
> Tony
> Rapid Recovery
> 703-273-4224

Mon, Mar 8, 9:58 AM

> good morning. there are ways to go about things & i would appreciate it if you're not back to back calling while i am at work.
> i told you where i was with this so please respect that & i will give a call or send an email once there is a plan.

EXHIBIT 9