

To Sarah Garcia
Mar 8 at 10:04 AM

M SARA C. GARCIA,
CASE # ..0696

We have tried numerous times to reach you regarding your bill that is Due + Owing.
ACUTE + WELLNESS CHIROPRACTIC
A late fee has already been added to your Account.
Now that I have your case, I am preparing your case to be sent to the Attorneys within 24 hours for filing immediately in court at there direction. Additionally there may be Court Costs, Attorney Fees, Interest and Damages added to your account.
Understand, once this case is in the courts, I can NO LONGER work with you.
If you would like to pay this bill or work out a payment plan with me, Please contact ONLY myself. To make a payment plan and avoid court, you must do so immediately.
Tony
Rapid Recovery
703-273-4224

EXHIBIT
11