Print | Close Window

**Subject:** Re: : Collection case
**From:** Sarah Garcia <gsarah20@yahoo.com>
**Date:** Mon, Mar 15, 2021 12:37 pm
**To:** <ag@tbreedenlaw.com>

Hi,

Please see the conversation with the owner below. I do not have any electronic paperwork sent by them. There was a letter sent that I received on Saturday. I would have to take a picture and send it.

On Friday, March 12, 2021, 10:53 AM, Sarah Garcia <gsarah20@yahoo.com> wrote:

> No problem.
>
> Have a great day.
>
> On Friday, March 12, 2021, 10:45 AM, TONYDFAIRFAX@AOL.COM <tonydfairfax@aol.com> wrote:
>
>> BY ALL MEANS, HAVE YOUR ATTORNEY CONTACT ME ASAP.
>>
>> Thanks + Be Safe, Tony
>> Rapid Recovery
>> 703-273-4224
>>
>> -----Original Message-----
>> From: Sarah Garcia <gsarah20@yahoo.com>
>> To: TONYDFAIRFAX@AOL.COM <tonydfairfax@aol.com>
>> Sent: Fri, Mar 12, 2021 10:39 am
>> Subject: Re: : Collection case
>>
>> Again, I am entitled to documents that I have signed. The way you conduct business is very unprofessional.
>>
>> Please send me the signed documents. I can also have my attorney reach out.
>>
>> Thank you.
>>
>> On Friday, March 12, 2021, 10:36 AM, TONYDFAIRFAX@AOL.COM <tonydfairfax@aol.com> wrote:
>>
>>> AGAIN, THE ANSWER IS NO.
>>> YOUR REFUSAL TO PAY IS PUTTING THIS IN THE COURTS.
>>> END OF DISCUSSION.
>>>
>>> Thanks + Be Safe, Tony
>>> Rapid Recovery
>>> 703-273-4224



EXHIBIT 13

-----Original Message-----
From: Sarah Garcia <gsarah20@yahoo.com>
To: TONYDFAIRFAX@AOL.COM <tonydfairfax@aol.com>
Sent: Fri, Mar 12, 2021 6:50 am
Subject: Re: : Collection case

Tony,

I am not asking for a court date or court documents. I am asking for the agreement signed between your establishment and myself. Please provide me with a copy of the agreement signed. You've already said this was going to court. You gave me a case number.
I am asking for the signed agreement.

I am trying to get this resolved.

**Again, please just send me a copy of my signed agreement between your practice and myself.**

Thanks!

On Friday, March 12, 2021, 12:09 AM, TONYDFAIRFAX@AOL.COM <tonydfairfax@aol.com> wrote:

> ONCE YOUR SERVED WITH THE COURT DOCUMENTS, YOU WILL HAVE YOUR COURT DATE.
> PENALTYS + FEES WILL CONTINUE EVERY DAY.
> ASK THE JUDGE.!
>
> Thanks + Be Safe, Tony
> Rapid Recovery
> 703-273-4224
>
>
> -----Original Message-----
> From: Sarah Garcia <gsarah20@yahoo.com>
> To: TONYDFAIRFAX@AOL.COM <tonydfairfax@aol.com>
> Sent: Thu, Mar 11, 2021 9:05 pm
> Subject: Re: : Collection case
>
> Excuse me?
> I am entitled to a copy of what I have signed. I would appreciate it if you cooperated and quit the pettiness. Please send me a copy of my signed agreement.
>
> Thank you.
>
>
> On Thursday, March 11, 2021, 9:02 PM, TONYDFAIRFAX@AOL.COM <tonydfairfax@aol.com> wrote:
>
>> NO, YOU MAY ASK THE JUDGE FOR A BILL OF PARTICULARS WHILE YOU ARE FACING BTHE JUDGE.
>> AS I TOLD YOU, YOUR CASE WENT TO THE ATTORNEYS FOR IMMEDIATE FILING IN COURTIN ALEXANDRIA COURTS,
>> BECAUSE OF YOUR REFUSAL TO CONTINUE PAYING AFTER MANY REPEATED ATTEMPTS.
>> THE COURTS WILL NOT