AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia   ☑

| | |
|---|---|
| SARAH GARCIA | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:21-CV-00539-AJT-TCB |
| ANTHONY REGINALD DIDONATO | ) |
| t/a RAPID RECOVERY CREDIT & COLLECTIONS | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  ANTHONY REGINALD DIDONATO
t/a RAPID RECOVERY CREDIT & COLLECTIONS
10304 Collingham Drive
Fairfax, Virginia 22032-2605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas R. Breeden, Esquire
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, Virginia 20109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  6/16/2021

_Signature of Clerk or Deputy Clerk_

☐ PERSONAL SERVICE | Anthony Didonato

☐ Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to a person found in charge of usual place of business or employment during business hours and giving information of its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode or party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

Per Pat Didonato Respondent

Does not live at address

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on a secretary of the Commonwealth.

☒ Not Found:

Sahanos 808/8

Stacey A. Kincaid, Sheriff

SERVING OFFICER

25 2021

Fairfax County, VA

DATE 0906 A14

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00539-AJT-TCB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Anthony  DiDonato

was received by me on *(date)*                                 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   Respondent  no  longer  lives  at  address or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  6/25/21   0906AM

**Stacey A. Kincaid, Sheriff**
**Fairfax County, VA**

_____ M. ___ 808/8
*Server's signature*

_____ M. Sabanos  808/8
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: