IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SARAH GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-539 (AJT/TCB) |
| ) | |
| ANTHONY R. DIDONATO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

On August 11, 2021, the Court entered an Order directing Plaintiff to show cause, if any there be, why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) based on Plaintiff's failure to effect service within ninety days of the filing of the Complaint. [Doc. No. 7]. On August 18, 2021, Plaintiff filed her response to the Order, detailing her unsuccessful attempts to serve Defendant and requesting an additional sixty (60) days within which to serve Defendant. Upon consideration of the Plaintiff's response, it is hereby

ORDERED that the Court's Show Cause Order dated August 11, 2021 [Doc. No. 7] be, and the same hereby is, VACATED; and it is further

ORDERED that Plaintiff shall have an additional sixty (60) days from the date of this Order, until October 18, 2021, within which to serve Defendant.

The Clerk is directed to send a copy of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 18, 2021